# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:17-CV-01238 GW(SK) | Date | April 17, 2017 |
|---|---|---|---|
| Title | Nyerere Deshon Jase v. Dr. Williams, et al., | | |

Present: The Honorable  Steve Kim, United States Magistrate Judge

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO RE-SUBMIT IFP APPLICATION AND COMPLAINT

On February 22, 2017, Plaintiff was ORDERED to re-submit their IFP application and Complaint to this Court by March 24, 2017. The Plaintiff has not complied with the Court's order and is hereby ordered to show cause why this action should not be dismissed for Plaintiff's failure to re-submit their IFP application and Complaint.

Plaintiff may file a response to this Order to Show no later than **May 8, 2017**. Failure to file a response may be deemed consent to the dismissal of this action. Plaintiff may discharge this Order to Show cause by re-submitting their IFP application and Complaint on or before the response deadline.