# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NYERERE DESHON JASE,<br>　　　　　Plaintiff,<br>　　v.<br>DR. WILLIAMS, et al.,<br>　　　　　Defendants. | CASE NO. 2:17-CV-01238-GW (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, **IT IS ADJUDGED** that the complaint and action are hereby dismissed.

DATED: May 26, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. GEORGE H. WU
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE